No. 612. CITY OF NEW YORK *v.* FEDERAL RADIO COMMISSION. March 12, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.

*Messrs. Arthur J. W. Hilly* and *Joseph A. Devery* for petitioner. *Attorney General Mitchell, Assistant to the Attorney General O'Brian, Messrs. Claude R. Branch, Charles H. Weston, W. Marvin Smith,* and *Thad H. Brown* for respondent.